Anthony Broussard C-56988
Folsom State Prison 3-B1-33
P.O. Box 950
Folsom, Ca. 95763
In Pro Per

**Filed**

JUN - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08 02838 JW

| | |
|---|---|
| ANTHONY BROUSSARD ) | MOTION TO ALLOW EXHIBITS A TO G |
| PETITIONER, ) | 2007 2008 PAROLE PLANS. HEARING |
| ) | TRANSCRIPTS. 2005/2007 HEARING |
| VS. ) | EVALUATIONS. MENTAL HEALTH |
| ) | EVALUATIONS. |
| ) | |
| M.C. KRAMER, WARDEN, ) | Superior, Ct. No. 82546 |
| ) | |
| RESPONDENT, ) | Supreme, Ct. No. 137767 |
| ) | |

Petitioner request to be allowed to attach Exhibit's A to G. 2007/2008 Parole Pans. Hearing Transcripts. Pre Hearing Evaluations. Mental Health Evaluations. To this instant Petition of Habeas Corpus.

Dated: June 4th 2008

Respectfully submitted,

Anthony Broussard
Petitioner In Pro. Per.