June 27, 2008                    8-2838JW

**UNITED STATES DISTRICT COURT**
~~NORTHERN DISTRICT OF CALIFORNIA~~

Dear Clerk of he Court,

I am requesting a Summary Status on the matter before the court of Broussard v. Kramer; Superior Ct. No. <u>82546</u>. Supreme Ct. No. <u>137767</u>. Also, I would like to know if a fee of five dollars was sent to the court from this prison in my name for the writ.

I thank you for your time and consideration in this matter.

Thank you again,

*[signature]* Anthony Broussard C-56988

RECEIVED
JUN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



PRISON GENERATED MAIL
FOLSOM STATE PRISON
PO BOX 715071
REPRESA CA 95671

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 S. First Street #2112
San Jose, Ca. 95113-3008

Anthony Broussard C-56988
Folsom State Prison 3- B1- 33
P.O. Box 950
Folsom, Ca. 95763

Forwarding and Address Correction Requested

Legal Mail